**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1513**

———————

TYRONE E. MURRAY, SR.,

Plaintiff - Appellant,

versus

ALEXIS M. HERMAN, Secretary, United States
Department of Labor,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-99-2760-L)

———————

Submitted:  July 13, 2000          Decided:  July 20, 2000

———————

Before WIDENER, LUTTIG, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Tyrone E. Murray, Sr., Appellant Pro Se.  Lynne Ann Battaglia,
United States Attorney, Larry David Adams, Assistant United States
Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Tyrone Emanual Murray, Sr., appeals the district court's order granting the Defendant's motion for summary judgment in his complaint seeking review of the Employee's Compensation Appeals Board decision affirming the decision of the Office Worker's Compensation Program. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Murray v. Herman, No. CA-99-2760-L (D. Md. Jan. 10, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2